Before MICHEL, Chief Judge, RADER, and SCHALL, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Jerome McARTHUR, Petitioner,

v.

DEPARTMENT OF TRANSPORTATION, Respondent.

No. 2007–3300.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2008.

Rehearing and Rehearing En Banc Denied Dec. 9, 2008.

District of Northern California, sitting by designation.

William W. Osborne, Jr., Osborne Law Offices, P.C., of Washington, DC, argued for petitioner. With him on the brief was Natalie C. Moffett.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel were Claudia Burke and Brian T. Edmunds, Trial Attorney. Of counsel on the brief was Michael J. Doherty, Attorney, Office of the Chief Counsel, Federal Aviation Administration, of Washington, DC.

Before MICHEL, Chief Judge, RADER, and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.